Action by Thos. and Michael Duffy against Geo. L. and Ellen Tout in a justice's court to recover $32.10. On a trial, there was a judgment for defendants for $2.90 and $40.00 costs.   In the circuit court, plaintiff had judgment for $17.10, from which defendants appeal on the ground that there was no proper service of the notice of the appeal to the circuit court.   The cause coming on regularly for hearing, the judgment of the circuit court was affirmed, no trial fee having been paid, and no one appearing for appellants.   No opinion.

AFFIRMED.

Decided March 9, 1898.

UNITED STATES INVESTMENT COMPANY *v.* NICHOLAS.

From Multnomah: LOYAL B. STEARNS, Judge.

This was a suit for the foreclosure of a mortgage. Defendant H. B. Nicholas objected to the confirmation of the sale and appealed from an order overruling his objections.   At the day set for hearing the appeal no one appeared to represent the appellant, and the trial fee was not paid, whereupon the appeal was dismissed. No opinion.

DISMISSED.

Decided March 9, 1898.

HAWTHORNE *v.* EAST PORTLAND WATER COMPANY.

From Multnomah: E. D. SHATTUCK, Judge.

Suit by Rachael Hawthorne against the East Portland Water Company to recover the amount of sundry

notes. Defendant appealed. Pursuant to a written stipulation of the parties, the case was dismissed. No opinion.

DISMISSED.

Decided March 24, 1898.
### HANTHORN *v.* KINNEY.

From Clatsop: T. A. McBRIDE, Judge.

Action by J. O. Hanthorn to recover from M. J. Kinney the amount of a promissory note. A default was entered against defendant, which he moved to set aside. The motion was overruled.

*Messrs. John H. & A. M. Smith,* for appellant.

*Mr. Frank J. Taylor,* for respondent.

Pursuant to the stipulation of the parties, the appeal herein was dismissed. No opinion.

DISMISSED.

Decided April 11, 1898.
### KUBLI *v.* ULRICH.

From Jackson: H. K. HANNA, Judge.

This was a suit in ejectment by Ellen Jane Kubli against William Ulrich and others, in which the plaintiff prevailed.

*Messrs. Colvig & Reames,* for appellants.

*Messrs. Watson & Beekman,* for respondent.